**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SAMUEL CLINTON THOMPSON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SAMUEL CLINTON THOMPSON <br><br> Defendant | Case No.:  13-CR-00273 MCE <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Matthew G. Morris, Assistant United States Attorney, and defendant Samuel Clinton Thompson, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for November 21, 2013, at 9:00 am should be continued to January 23, 2014 at 9:00 a.m.

    Defendant's attorney and the government have agreed that additional time is necessary to review the documents and additional discovery which will be forth coming.

    Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision from November 21, 2013 to and including January 23, 2014.

DATE: November 20, 2013						Respectfully Submitted,
								BENJAMIN B. WAGNER
								United States Attorney

DATE: November 20, 2013						*/s/ Matthew G. Morris*
								MATTHEW G. MORRIS
								**Assistant U.S. Attorney**

DATE: November 20, 2013						/s/Ron Peters
								RON PETERS
								Attorney for Defendant
								**Samuel Clinton Thompson**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, November 21, 2013, to and including January 23, 2014.

IT IS SO ORDERED.

Dated: November 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT